In the Matter of the Accounting of SHELTON E. MARTIN
et al., as Executors of VICTOR R. MILDEBERGER,
Deceased, Respondents.

EDWARD R. WARE et al., Appellants; MARGUERITE J.
DE SABLA, Respondent.

*Will — construction of conflicting provisions as to disposition of certain
shares of stock.*

*Matter of Mildeberger*, 212 App. Div. 727, affirmed.

(Argued October 7, 1925; decided October 27, 1925.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
May 8, 1925, which affirmed a decree of the Greene
County Court judicially settling the accounts of the
executors of and construing the will of Victor R. Milde-
berger, deceased. The question was whether certain
shares of stock, which had formed a part of a trust fund
for the benefit of testator, passed under a provision in
his will giving " all my cash and securities " to designated
persons or whether they passed under another provision
of the will disposing of all of his right, title and interest
in and to said trust.

*J. Sheldon Frost, Newton R. Cass* and *Levi S. Tenney*
for appellants.

*Henry F. Miller* for executors, respondents.

*John L. Fray* for Marguerite J. de Sabla, respondent.

Order affirmed, with costs to respondents filing briefs
payable out of estate; no opinion.

Concur: HISCOCK, Ch. J., POUND, McLAUGHLIN,
CRANE, ANDREWS and LEHMAN, JJ. Not voting: CAR-
DOZO, J.